# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Teresa Clark,

Plaintiff (s),

v.

Charles Towers, LLC, Southern Management Corporation and Candy Wongsam,

Defendant(s).

Case No. 20 C 302
Judge Virginia M. Kendall

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of Plaintiff(s)
and against Defendant(s)
in the amount of $          ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Charles Towers, LLC, Southern Management Corporation and Candy Wongsam
and against plaintiff(s) Teresa Clark
.

Defendant(s) shall recover costs from plaintiff(s).

☐ other: The case is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge Virginia M. Kendall without a jury and the above decision was reached.
☒ decided by Judge Virginia M. Kendall on a Motion to Dismiss.

Date: 7/30/2020                    Thomas G. Bruton, Clerk of Court

                                   /s/Lynn Kandziora , Deputy Clerk